456 A.2d 984

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Peter R.W. ROSSETTI, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1983.

Decided March 16, 1983.

Reargument Denied May 17, 1983.

Edward R. Eidelman, Asst. Public Defender, Allentown, for appellant.

William H. Platt, Dist. Atty., Allentown, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Appellant's challenge to the jury voir dire procedure is controlled by our holdings in *Commonwealth v. Moore,* 462 Pa. 231, 340 A.2d 447 (1975), *Commonwealth v. Moon,* 389 Pa. 304, 132 A.2d 224 (1957), and *Commonwealth v. Bibalo,* 375 Pa. 257, 100 A.2d 45 (1953). Accordingly, the judgments of sentences must be affirmed.